IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------x
:
THE CORPORATE EXECUTIVE BOARD :
COMPANY, :
: Civil Action No. _____
Plaintiff, :
:
-against- :
:
JOHN DOES, :
:
Defendants. :
:
------------------------------------x

## DISCLOSURE STATEMENT UNDER FEDERAL RULE 7.1

The undersigned counsel of record for Plaintiff The Corporate Executive Board Company certify that The Corporate Executive Board Company has no corporate parents and that no publicly-held corporation owns 10% or more of its stock.

DATED:   Washington, D.C.
         November 22, 2006

                                    GIBSON, DUNN & CRUTCHER LLP

                                    By: _____
                                         Terence P. Ross (D.C. Bar No. 376062)

                                    GIBSON, DUNN & CRUTCHER LLP
                                    1050 Connecticut Avenue, N.W.
                                    Washington, D.C. 20036
                                    (202) 955-8500

                                    *Attorneys for Plaintiff The Corporate Executive Board Company*

100118036_1.DOC