IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :

| | |
|---|---|
| THE CORPORATE EXECUTIVE BOARD COMPANY | : |
| 2000 Pennsylvania Avenue, N.W., | : |
| Washington, D.C., 20006-1859, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : |
| | : |
| JOHN DOES, | : |
| | : |
| Defendants. | : |
| | : |

Civil Action No. 06-2006

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff voluntarily dismisses the above-captioned action against defendant JOHN DOES without prejudice.

Plaintiff represents that the complaint in the above-captioned action has not been served on any defendants and Plaintiff has not been served with any answer or motion for summary judgment by any adverse parties.

DATED:     Washington, D.C.
             March 22, 2007

GIBSON, DUNN & CRUTCHER LLP

By: _____/S/ Howard S. Hogan_____
      Howard S. Hogan (D.C. Bar No. 492002)

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500

*Attorneys for Plaintiff The Corporate Executive Board Company*